

## Enhance IT

### <u>Tuition Forgiveness Agreement</u>

**Mobile Apps Enterprises, LLC d/b/a Enhance IT** ("Company") will incur significant expenses ("Expenses") related to your initial employment, training and education.  These Expenses include, but not limited to:

| Type | Description | Amount |
|------|-------------|--------|
| Education | Technical classes (200 hours @ $135/hour) | $27,000.00 |
| Training | Soft Skills Training (interviewing, presentation, communication, language, etc.) 80 hours @ $65/hour | $5,200.00 |
| Materials | Equipment, course material, training facility. | $500.00 |
| Corporate Housing | Company provided lodging | $1,350.00 |
| Relocation | Relocation expenses provided for travel to Atlanta. | $600.00 |

**Total Expense:  $34,650.00**

If you resign your employment for any reason, or if Company terminates you "for Cause" within twenty-four (24) months of your hire date, you agree to reimburse Company for the  amount of expenses incurred, less any applicable forgiveness as described above. For purposes of this provision only, "for Cause" shall be defined as: (a) failure to perform your duties that causes or is likely to cause material harm to the Company or material interference with its operations; (b) failure to comply with the Company's written directions or policies;  (c) dishonesty, willful misconduct, gross negligence, or intentional or conscious abandonment or neglect of your duties, in each case having an adverse effect upon the Corporation; (d) final conviction of a felony, fraud, or embezzlement or (e) violation of the Employment Agreement.

Your repayment of all Expenses shall be immediately due and payable to Company not later than ten (10) days from the mailing of a written notice by Company to you advising you of the amount due.  If you default on your obligation to repay, the total sum will accrue interest at the rate of two percent (2%) per month until paid. Company shall have the right to apply any wages or other sums due you upon termination of employment toward the amount owed under this Agreement, and you expressly authorize Company to retain such sums for that purpose.

Should you fail to make payment as described above, Company is entitled to associated costs, such as reasonable attorney fees and related expenses incurred in connection with its collection of the outstanding balance, together with interest thereon, to the extent permitted by applicable law.  Payments under this Agreement will be applied first to the payment of expenses of Company, such as reasonable attorney's fees and costs of collection, if any.  The balance of the payments will be applied to the principal amount.

Nothing in this Agreement is intended to alter the at-will employment relationship that exists between you and Company, and you may terminate your employment at any time, with or without good reason, and Company may terminate your employment at any time, with or without cause.

The obligation to repay shall be void if you have not been placed on another project for a period of three (3) consecutive months at any time after the end of your first project, provided that such inability to secure a project is not caused, exacerbated or prolonged by delays, or your unavailability, lack of cooperation,

malfeasance or other such acts on your part. This clause shall in no way invalidate any other obligations, which obligations shall remain in full force and effect.

If this Agreement or any portion of it is held not to be legally enforceable, the Agreement will be deemed to be modified only to the extent necessary to be enforceable under the law.

This Agreement constitutes the entire understanding between the parties relating to the rights herein granted and the obligations assumed. Any oral representations of or modifications to this instrument shall be of no effect unless they are in writing, signed by both parties, and state explicitly an intent to modify this Agreement.

Failure to enforce any provision or obligation under this Agreement shall not constitute a waiver thereof or serve as a bar to the subsequent enforcement of other provisions or obligations under this Agreement.

This Agreement shall be governed by, and construed in accordance with, the laws of the State of Georgia. You hereby (a) submit to personal jurisdiction in the Superior Court of the State of Georgia located in Fulton County, Georgia, or the United States District Court for the Northern District of Georgia, Atlanta Division, for any action arising out of or in connection with this Agreement; (b) waive any and all personal rights under the laws of any state to object to jurisdiction within the State of Georgia, and waive all defenses and objections to said jurisdiction; and (c) agree that for any cause of action arising out of or in connection with this Agreement, venue is solely proper in any state or federal court located within Fulton County, Georgia.

Acknowledged and Agreed: _____

Printed Name: **Oscar Alejandro Manzano**

Date: _____ 28/06/2022